**Order entered January 6, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01023-CV

**FIRST CASH LTD., FIRST CASH CREDIT, LTD. AND PAWN TX, INC., Appellants**

**V.**

**DONALD LEE JONES, Appellee**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-20-06127**

## ORDER

Before the Court is appellee's January 4, 2021 first motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 25, 2021.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE